UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD EARL THOMAS,

    Plaintiff,

v.                                                         Case No. 98-74871

COUNTY OF SAGINAW, DENNIS MASON, and    HONORABLE AVERN COHN
JUDGE SCORESONE,

    Defendants.

_____/

## ORDER DENYING MOTION OR REQUEST TO FILE A REQUEST
## AND
## DENYING MOTION TO REOPEN OR REINSTATE

This is a civil rights case which has long since closed.[1]  Plaintiff, a state prisoner, is proceeding pro se.  Before the Court are papers styled "Motion or Request to File a Request" (Motion to Request) and "Motion to Reopen or Reinstate" (Motion to Reopen).

In the Motion to Request, plaintiff asks for copies of the "entire case records" in this case and in four other cases in this district, two of which are prior cases filed by plaintiff (case no. 03-10256 and case no. 04-10110) and two of which are cases in which plaintiff appears to have no involvement (case no. 98-74870 and case no. 98-74873).[2]  Plaintiff provides no authority, legal or otherwise, for the request.  Accordingly,

---

[1] On December 10, 1998, the Court dismissed the case as frivolous.  Plaintiff appealed.  On May 22, 2001, the Court of Appeals for the Sixth Circuit dismissed the appeal for lack of jurisdiction.

[2] Based on a review of the docket sheets, plaintiff filed identical Motions to Request in all four of these cases.  He has also filed Motions to Reopen in case no. 03-10256, which was denied, and case no. 04-10110.

the Motion to Request is DENIED.

In the Motion to Reopen, plaintiff asks that the Court re-open this case.

Having reviewed the motion, the Court cannot discern any legal basis for relief.

According, the Motion to Reopen is DENIED.

SO ORDERED.

                                          s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Dated:  February 27, 2007

I hereby certify that a copy of the foregoing document was mailed to the parties of record and Edward Earl Thomas, 208 S. Harrison, Saginaw, MI 48602 on this date, February 27, 2007, by electronic and/or ordinary mail.

                                          s/Julie Owens
                                          Case Manager, (313) 234-5160